UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                     Case No. 06-cr-41-01-PB

**Alexis Diaz**

### O R D E R

    The defendant has moved to continue the May 2, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from May 2, 2006 to September 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 21, 2006 final pretrial conference is continued until August 29, 2006 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 19, 2006

cc: James Dennehy, Esq.
Debra Walsh, AUSA
United States Probation
United States Marshal